```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 30812
    DARRELL FLOWERS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8516

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/05/2005 and was confirmed 09/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.29%.

    The case was paid in full 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED         7670.00           .00          2399.79
CREDIT PROTECTION ASSOCI   UNSECURED        NOT FILED          .00             .00
COMCAST                    NOTICE ONLY      NOT FILED          .00             .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED          .00             .00
COMED                      NOTICE ONLY      NOT FILED          .00             .00
PROFESSIONAL ACCOUNT MGM   UNSECURED        NOT FILED          .00             .00
TCF BANK                   NOTICE ONLY      NOT FILED          .00             .00
SUPERIOR ASSET MANAGEMEN   UNSECURED        NOT FILED          .00             .00
T MOBILE                   NOTICE ONLY      NOT FILED          .00             .00
WEST ASSET MANAGEMENT      UNSECURED        NOT FILED          .00             .00
NATIONWIDE CASSEL          UNSECURED         2278.88           .00           713.02
T-MOBILE BANKRUPTCY        UNSECURED OTH     312.13            .00            97.63
LEGAL REMEDIES CHARTERED   DEBTOR ATTY      2,080.00                        2,080.00
TOM VAUGHN                 TRUSTEE                                           309.57
DEBTOR REFUND              REFUND                                              5.87

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 5,605.88

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                         3,210.44
ADMINISTRATIVE                                    2,080.00
TRUSTEE COMPENSATION                                309.57
DEBTOR REFUND                                         5.87
                        ---------------        ---------------
TOTALS                  5,605.88                  5,605.88


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30812 DARRELL FLOWERS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |